NUMBER 13-00-733-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


JESUS JORGE FLORES
, Appellant,


v.



ROBERTO FLORES
, Appellee.

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 This cause is before the Court on appellant's untimely notice of
appeal and appellee's motion to dismiss the appeal. The Court, having
examined and fully considered the documents on file, appellee's motion
to dismiss the appeal, and appellant's failure to respond to said motion,
is of the opinion that the motion to dismiss the appeal should be
granted.

 Accordingly, appellee's motion to dismiss the appeal is GRANTED,
and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 1st day of February, 2001.